UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

New Dominion, LLC          )
                           )
                           )
                           )
vs.              Plaintiff(s)  )   Case No. CIV-09-007-RAW
                           )
J. Aron & Company          )
                           )
                           )
                           )
               Defendant(s))

**APPLICATION FOR ADMISSION PRO HAC VICE**

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Shawn Timothy Hynes

2. State bar membership number: New York (4545687); California (229625)

3. Business address, telephone and fax numbers: Cleary Gottlieb Steen & Hamilton LLP

   One Liberty Plaza
   New York, NY 10006-1470
   (212) 225-2313
   Fax. (212) 225-3999

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   State of California (Dec. 2003); State of New York, First Department (Nov. 2007); U.S. District Court SDNY (May 2008); U.S. District Court EDNY (Aug. 2008); U.S. Court of Appeals for the 11th Circuit (2006)

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes [ ] No [✓]

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes [ ] No [✓]
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   Yes [✓] No [ ]

A check for $50 should be made payable to the Clerk, U.S. District Court.
(Government Attorneys are exempted from paying this fee)

DATED this 12th day of May, 2009.

_____
Signature of Applicant

EXHIBIT " 3 "